# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rachel Eta Hill,                          Case No. 19-sc-1368 (MJD/TNL)

          Plaintiff,

v.

                                   **ORDER**

RS Eden,

          Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 24, 2019 [Doc. No. 18], along with all the files and records, and no objections to said Recommendation having been filed

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Ex-Parte Relief [Doc. No. 14] is **DENIED.**

Date:   August 29, 2019                          s/ Michael J. Davis
                                                             Michael J. Davis
                                                             United States District Court