# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rachel Eta Hill,  Civil No. 19-cv-1368 (MJD/TNL)

    Plaintiff,

v.  **ORDER**

RS Eden,

    Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 1, 2020 (Doc. No. 44), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Failure to Prosecute and Summary Judgment Motion (Doc. No. 35) is **GRANTED.**

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 4, 2020      s/ Michael J. Davis  
    Michael J. Davis  
    United States District Court